```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/19
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| JOSEPH P. CAMPANELLI, | ) <br> ) No. 1:19-cv-07299-PAE <br> ) <br> Plaintiff, ) **STIPULATION AND** <br> v. ) **ORDER FOR AN EXTENSION OF** <br> ) **TIME TO ANSWER OR OTHERWISE** <br> FLAGSTAR BANCORP, INC., ) **RESPOND** <br> ) <br> Defendant. ) <br> ) |

This Stipulation is entered into between Plaintiff Joseph P. Campanelli ("Plaintiff") and Defendant Flagstar Bancorp, Inc. ("Defendant").

WHEREAS, Plaintiff filed the Complaint in this action in the United States District Court for the Southern District of New York on August 5, 2019;

WHEREAS, Defendant was served on August 6, 2019;

WHEREAS, Defendant must serve an answer to the Complaint by August 27, 2019, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i); and

WHEREAS, no Party previously has requested an extension to respond to the Complaint in this action;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, through their undersigned counsel, as follows:

The time for Defendant to answer, move against or otherwise respond to the Complaint in this action is extended through and including September 26, 2019.

Dated: August 20, 2019

Respectfully submitted,

/s/ Julia M. Jordan
Julia M. Jordan (*jordanjm@sullcrom.com*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Washington, D.C. 20006
(212) 956-7500

/s/ Nicholas Cutaia
Nicholas Cutaia (*ncutaia@goulstonstorrs.com*)
GOULSTON & STORRS PC
885 Third Avenue, 18th Floor
New York, NY 10022
(212) 878-6900

/s/ Jacob E. Cohen
Jacob E. Cohen (*cohenja@sullcrom.com*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
(212) 558-4000

/s/ Gary M. Ronan
Gary M. Ronan (*gronan@goulstonstorrs.com*)
GOULSTON & STORRS, P.C
400 Atlantic Avenue
Boston, MA 02110
(617) 574-3593

*Attorneys for Defendant*
*Flagstar Bancorp, Inc.*

*Attorneys for Plaintiff*
*Joseph P. Campanelli*

So ordered on this 21st day of August 2019.

Paul A. Engelmayer
U.S.D.J.