UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JOSEPH P. CAMPANELLI,

    *Plaintiff*,

v.

FLAGSTAR BANCORP, INC.,

    *Defendant.*

------------------------------------x

No. 1:19-cv-07299 (PAE)

**DEFENDANT'S NOTICE OF MOTION TO DISMISS THE COMPLAINT**

    PLEASE TAKE NOTICE that as soon as counsel can be heard, upon the accompanying memorandum of law, dated September 26, 2019, Defendant Flagstar Bancorp, Inc., by and through undersigned counsel, shall move this Court, before the Honorable Paul A. Engelmayer, in Courtroom 1305 of the United States Courthouse at 40 Foley Square, New York, New York 10007, for an order dismissing the Complaint in this action with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim, and for such other and further relief as the Court may deem just and proper.

        Respectfully submitted,

       */s/ Julia M. Jordan*
       Julia M. Jordan (*jordanjm@sullcrom.com*)
       SULLIVAN & CROMWELL LLP
       1700 New York Avenue, N.W., Suite 700
       Washington, D.C. 20006-5215
       (202) 956-7500

       Jacob E. Cohen (*cohenja@sullcrom.com*)
       SULLIVAN & CROMWELL LLP
       125 Broad Street
       New York, New York 10004-2498
       (212) 558-4000

       *Counsel for Defendant Flagstar Bancorp, Inc.*

September 26, 2019