**SULLIVAN & CROMWELL LLP**

TELEPHONE: 1-202-956-7500
FACSIMILE: 1-202-293-6330
WWW.SULLCROM.COM

*1700 New York Avenue, N.W.*
*Suite 700*
*Washington, D.C. 20006-5215*

February 18, 2020

<u>By ECF</u>

The Honorable Paul A. Engelmayer,
   United States District Court for the Southern District of New York,
      500 Pearl Street, Chambers 1350,
         New York, New York  10007.

     Re:  <u>*Campanelli* v. *Flagstar Bancorp, Inc.*, No. 1:19-cv-07299 (PAE) (S.D.N.Y.)</u>

Dear Judge Engelmayer:

     Pursuant to Rule 3.J of the Court's Individual Rules, I write on behalf of Defendant Flagstar Bancorp, Inc. ("Flagstar") to advise the Court that Flagstar's Motion to Dismiss the Complaint became fully briefed on December 13, 2019.  (*See* ECF#40.)

                                      Respectfully submitted,

                                      */s/ Julia M. Jordan*
                                      Julia M. Jordan