September 21, 2020

By ECF

The Honorable Judge Paul A. Engelmayer,
   United States District Court Judge,
      U.S. District Court for the Southern District of New York,
         40 Foley Square,
            New York, NY 10007.

      Re:   *Campanelli* v. *Flagstar Bancorp, Inc.*, No. 1:19-cv-07299-PAE (S.D.N.Y.)

Dear Judge Engelmayer:

      We write jointly in connection with the above-referenced action on behalf of Plaintiff Joseph P. Campanelli and Defendant Flagstar Bancorp, Inc. (together, the "Parties"), pursuant to Rule 1.E of Your Honor's Individual Rules, and in accordance with the Court's September 21, 2020 email to the parties, to respectfully request that the Court:

1. adjourn the deadline to submit the Civil Case Management Plan and Scheduling Order, currently due September 22, 2020, for thirty days, until October 22, 2020;

2. adjourn the initial pretrial conference, currently scheduled for September 29, 2020 at 2 p.m, for thirty days; and

3. extend the time for Defendant Flagstar Bancorp, Inc. to Answer the Complaint until October 9, 2020.

      This request is being made in the interest of "facilitating in other ways the just, speedy, and inexpensive disposition of th[is] action."  (Fed. R. Civ. P. 16(c)(2)(P)).  During this period, the Parties intend to engage with the banking regulators to explore whether there is a potential path for the resolution of this matter that will avoid further litigation.

      This is the Parties' first request for an adjournment of the initial pretrial conference and of the Civil Case Management Plan and Scheduling Order.

Respectfully submitted,

| | |
|---|---|
| /s/ Julia M. Jordan | /s/ Martin F. Gaynor III |
| Julia M. Jordan | Martin F. Gaynor III |
| SULLIVAN & CROMWELL LLP | HUNTON, ANDREWS, KURTH LLP |
| 1700 New York Avenue, N.W., Suite 700 | 60 State Street, Suite 2400 |
| Washington, D.C. 20006-5215 | Boston, MA 02109 |
| (202) 956-7500 | (617) 648-2741 |
| *jordanjm@sullcrom.com* | *mgaynor@HuntonAK.com* |
| | |
| Jacob E. Cohen | Jacob J. Struck |
| SULLIVAN & CROMWELL LLP | HUNTON, ANDREWS, KURTH LLP |
| 125 Broad Street | 60 State Street, Suite 2400 |
| New York, New York 10004-2498 | Boston, MA 02109 |
| (212) 558-4000 | (617) 648-2751 |
| *cohenja@sullcrom.com* | *jstruck@HuntonAK.com* |

Granted. The time for the parties to submit the Civil Case Management Plan and Scheduling Order is extended to October 22, 2020. The initial pretrial conference, currently scheduled for September 29, 2020, is adjourned to October 30, 2020 at 2:30 p.m. And the time for Defendant Flagstar Bancorp, Inc. to answer the Complaint is extended to October 9, 2020.  SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
9/22/2020

-2-